**Order filed July 10, 2018.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-01011-CV
_____

**GINA LUSK, Appellant**

**V.**

**CHAMPIONS REAL ESTATE, IGNACIO OSORIO AND ADRIANA OSORIO, Appellees**

On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2015-53814

_____

NO. 14-18-00522-CV
_____

**GINA LUSK, Appellant**

**V.**

**IGNACIO OSORIO, ADRIANA OSORIO, BRENDA ACRA, CHAMPION REAL ESTATE GROUP, LLC & JOHN MACAN, Appellees**

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-53814A**

## ORDER

On December 28, 2017, Gina Lusk filed a notice of appeal from the trial court's summary judgment order issued September 12, 2017. That appeal was assigned to our court under appellate case number 14-17-01011-CV. On June 21, 2018, Gina Lusk filed a notice of appeal the trial court's summary judgment order issued September 12, 2017. That appeal was assigned to our court under appellate case number 14-18-00522-CV.

Today, the court, on its own motion, orders these appeals **CONSOLIDATED**.

To facilitate the submission of the consolidated appeals, we abate appellate case number 14-17-01011-CV until appellees' brief is filed in appellate case number 14-18-00522-CV. Appellate case number 14-17-01011-CV will be reinstated on the court's active docket at that time. The court will also consider an appropriate motion to reinstate the appeals filed by any party, or the court may reinstate the appeals on its own motion.

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.